UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SARAH DEPOIAN,<br><br>    Plaintiff,<br><br>v.<br><br>MERLE BERGER,<br><br>    Defendant. | Civil Action No. 1:23-cv-13063 |

**DEFENDANT MERLE BERGER'S MOTION FOR LEAVE TO FILE REPLY
TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS**

Pursuant to Local Rule 7.1(b)(3), Defendant Merle Berger ("Dr. Berger") respectfully requests leave to file a reply to Plaintiff Sarah Depoian's ("Ms. Depoian") Opposition to Motion to Dismiss. Dr. Berger submits that he intends to file a three-page reply by 5:00pm on Friday, March 15, 2024, which will assist the Court in its evaluation of Dr. Berger's Motion to Dismiss. Of note, Ms. Depoian's counsel has assented to Dr. Berger's Motion for Leave.

**CERTIFICATION PURSUANT TO L.R. 7.1(a)(2)**

I, Gregory R. Browne, hereby certify that, on March 12, 2024, I conferred in good faith with Ms. Depoian's counsel, Adam Wolf, by email to ascertain whether Ms. Depoian's counsel assented to Dr. Berger's Motion for Leave. Ms. Depoian's counsel expressed his assent.

Respectfully submitted,

MERLE BERGER,

By his attorneys,

*/s/ Gregory R. Browne*
Ian J. Pinta (BBO # 667812)
Gregory Browne (BBO # 708988)
Todd & Weld LLP
One Federal Street, 27th Floor
Boston, Massachusetts 02110
(617) 720-2626
ipinta@toddweld.com
gbrowne@toddweld.com

Dated: March 12, 2024

## CERTIFICATE OF SERVICE

I hereby certify that this document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 12, 2024.

*/s/ Ian J. Pinta*
Ian J. Pinta

2