

**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
OFFICE OF THE CLERK
1 COURTHOUSE WAY
BOSTON, MASSACHUSETTS 02210

**ROBERT M. FARRELL**
CLERK OF COURT



March 29, 2024

Honorable Chief Justice Kimberly S. Budd
Supreme Judicial Court of the Commonwealth of Massachusetts
John Adams Courthouse
One Pemberton Square - Suite 2500

Re: Depoian v. Berger
    Civil Action 1:23-cv-13063-RGS



Dear Chief Justice Budd:

Enclosed is a certified copy of an Order of this Court duly executed by Judge Richard G. Stearns pursuant to your Rule 1:03 in our above entitled case.

Please also find enclosed copies of the record, briefs, and appendices which constitute the record in the above entitled case for the purpose of the certified questions.

For your convenience I have enclosed a certified copy of our docket entries in the above entitled case. Should you have any questions or feel any portion of the record is incomplete, I can be reached at (617)-748-9041 or by e-mail at Caetlin_mcmanus@mad.uscourts.gov.

Respectfully,

/s/ *Caetlin McManus*

Caetlin McManus
Deputy Clerk