# Supreme Judicial Court for the Commonwealth of Massachusetts
## John Adams Courthouse
One Pemberton Square, Suite 1400, Boston, Massachusetts 02108-1724
Telephone (617) 557-1020

United States District Court for the District of Massachusetts
1 Courthouse Way
Boston, MA 02210

RE:   No. SJC-13582

**SARAH DEPOIAN**
vs.
**MERLE BERGER**

Lower court information:

    Lower Court: Federal Court
    Docket No(s): 23-13063-RGS

Route to SJC:   Direct Entry: Certified Question

### NOTICE OF ENTRY

Pursuant to Mass. R. A. P. 10(a)(3), you are hereby notified that, on April 1, 2024, the above-referenced case was entered on the docket of this court.

    Very truly yours,
    The Clerk's Office

Dated: April 2, 2024