UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Depoian | ) |
|         Plaintiff(s), | ) |
| | ) |
|    v. | )    **CIVIL ACTION** |
| | )    **NO. 1:23-cv-13063-MRG** |
| Berger | ) |
|         Defendant(s). | ) |
| | ) |

REPORT RE: REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION

TO: DISTRICT JUDGE RICAHRD G. STEARNS

HENNESSY, M.J.

On June 13, 2024, the case came before the Court for a:

   \_\_\_\_   EARLY NEUTRAL EVALUATION
  \_X\_\_   MEDIATION
   \_\_\_\_   MINI-TRIAL
   \_\_\_\_   SETTLED
( ) SUMMARY JURY TRIAL

The Court reports:

( )     The case is settled.  Your clerk should enter \_\_\_\_ day order of dismissal.

(X)    There was progress.  The matter will be held open until June 17, 2024.

( )     The matter is not settled.

( )     This case should be restored to your trial list.


| | |
|---|---|
|  June 13, 2024 | /s/ David. H. Hennessy |
|    Date | David H. Hennessy, USMJ |