UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Sarah Depoian**
       Plaintiffs

v.                                       Civil Action No. <u>1:23-cv-13063-RGS</u>

**Merle Berger**
       Defendants

SETTLEMENT ORDER OF DISMISSAL

<u>STEARNS, D.J.</u>

    The Court having been advised by ADR Presider that this action has settled, IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party upon good cause shown within seventy (70) days to reopen the action if settlement is not consummated.

                                                        By the Court,

<u>6/24/2024</u>                                                   <u>/s/ *Caetlin McManus*</u>
   Date                                                                    Docket Clerk