UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SARAH DEPOIAN,<br><br>    Plaintiff,<br><br>v.<br><br>MERLE BERGER,<br><br>    Defendant. | Civil Action No. 1:23-cv-13063 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, plaintiff Sarah Depoian and defendant Merle Berger (collectively, the "Parties") hereby stipulate that the above-captioned action be dismissed with prejudice, all rights of appeal being waived, and all parties bearing their own attorney's fees and costs.

Respectfully submitted,

| SARAH DEPOIAN, | MERLE BERGER, |
|---|---|
| By her attorneys, | By his attorneys, |
| */s/ Paula S. Bliss*<br>Paula S. Bliss, Esq., (BBO #652361)<br>Kimberly Dougherty, Esq., (BBO #658014)<br>Justice Law Collaborative, LLC<br>210 Washington Street<br>North Easton, MA 02356<br>Tel: 508-230-2700<br>paula@justicelc.com<br>kim@justicelc.com | */s/ Ian Pinta*<br>Ian J. Pinta (BBO # 667812)<br>Gregory Browne (BBO # 708988)<br>Todd & Weld LLP<br>One Federal Street, 27th Floor<br>Boston, Massachusetts 02110<br>(617) 720-2626<br>ipinta@toddweld.com<br>gbrowne@toddweld.com |

And

Adam B. Wolf, Esq. (admitted pro hac vice)
Peiffer Wolf Carr Kane Conway & Wise, LLP

3435 Wilshire Blvd., Ste. 1400
Los Angeles, CA 90010
awolf@peifferwolf.com


Dated: August 27, 2024

## CERTIFICATE OF SERVICE

  I hereby certify that this document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 27, 2024.

             */s/ Ian J. Pinta*
             Ian J. Pinta